

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00361-CV

| | | |
|---|---|---|
| Northwest Cattle Feeders, LLC, Riley Livestock, Inc., and Jeff Cox | § | From the 271st District Court |
| | § | of Jack County (16-06-052) |
| v. | § | June 14, 2018 |
| Jason O'Connell and Tom O'Connell | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. It is ordered that the trial court's Order Granting Newly Added Defendants' Special Appearance is affirmed in part and reversed and remanded in part. We affirm that portion of the trial court's order to the extent that it dismisses Northwest Cattle Feeders, LLC and Riley Livestock, Inc.'s direct claims against Tom O'Connell: fraud by nondisclosure, civil conspiracy, knowing participation in a breach of fiduciary duty, interference with prospective business relations, and money had and received. We reverse that portion of the trial court's order to the extent that the order grants Jason O'Connell's special appearance and dismisses appellants' claims against him. We reverse the trial court's order to the extent that it dismisses appellants'

denuding claim against Tom O'Connell. We remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that all parties shall bear their own costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Wade Birdwell_____
Justice Wade Birdwell